UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

Petitioners,

-against-

MON-X USA, INC. d/b/a MON-X INTERNATIONAL,

Respondent.

Case No. 1:26-cv-08446 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 28, 2026, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **October 15, 2026**. Respondent's opposition, if any, is due on **October 29, 2026**. Petitioners' reply, if any, is due **November 5, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **October 15, 2026**, and shall file an affidavit of such service with the court no later than **October 16, 2026**.

Dated: October 1, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge